UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MATESE SHINE,

        Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

Defendant.

Hon. Madeline Cox Arleo
Civil Action No. 2:22-cv-02692-MCA

**Electronically Filed**

## JUDGMENT ORDER

AND NOW, this 17 day of May, 2022, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

_____
HON. MADELINE COX ARLEO
United States District Judge